422 A.2d 1170

Tamburri Associates, Inc. v. J. C. K. Inc., Appellant.

Argued June 27, 1979.   Karl L. Spivak, for appellant;   Howard E. Davidson, for appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.

September 26, 1979.

422 A.2d 1171

Commonwealth v. Bennett, Appellant.

Submitted August 28, 1979.   John P. Dohanich, Public Defender, for appellant;   John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.